43427. KNOWLES v. GWYNN et al.

EBERHARDT, Judge. Our judgment, appearing in 117 Ga. App. 686 (161 SE2d 380), having been reversed by the Supreme Court (see 224 Ga. 595), we hereby vacate our judgment and, in accordance with the judgment and opinion of the Supreme Court, the judgment of the trial court is

*Reversed. Felton, C. J., and Whitman, J., concur.*
DECIDED OCTOBER 11, 1968.

*Gettle & Jones, Sherman C. Fraser, Jr.,* for appellant.
*Jacobs & Jacobs, Joseph Jacobs,* for appellees.